UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<small>ANTE</small> M<small>UHAMMAD</small>,

     Plaintiff,

v.

M<small>ICHIGAN</small> D<small>EPARTMENT OF</small> H<small>UMAN</small> S<small>ERVICES, ET AL</small>.,

     Defendants.
_____/

Case No. 11-12370

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
LAURIE J. MICHELSON

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [23]

On January 6, 2012, Magistrate Judge Michelson issued a Report and Recommendation [23] that Defendants' Motion to Dismiss [16] be GRANTED.

No objection to the Report and Recommendation was filed.  The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered  as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss [16] is **GRANTED.**  This case is **CLOSED.**

**SO ORDERED**.

                              s/Arthur J. Tarnow
                              ARTHUR J. TARNOW
                              SENIOR U.S. DISTRICT JUDGE

Dated: January 31, 2012

_____

**CERTIFICATE OF SERVICE**

I hereby certify on February 1, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 1, 2012: **Dante Muhammad.**

                              s/Michael E. Lang
                              Deputy Clerk to
                              District Judge Arthur J. Tarnow
                              (313) 234-5182